## Commonwealth *v.* Border, Appellant.

Argued April 15, 1975. *Stephen P. Swem*, Trial Defender, with him *John J. Dean*, Chief, Appellate Division, and *George H. Ross*, Public Defender, for appellant; *Louis R. Paulick*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Argued April 14, 1975. *John H. Corbett, Jr.*, Trial Defender, with him *John J. Dean*, Chief, Appellate Division, and *George H. Ross*, Public Defender, for appellant; *Louis R. Paulick*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.